# United States District Court

___CENTRAL___ DISTRICT OF ___ILLINOIS___

FILED
AUG 2 2 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

YVES LEBON

**CRIMINAL COMPLAINT**

CASE NUMBER: 07- 6417

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about August 22, 2007, at Henry County, in the Central District of Illinois, the defendant,

**YVES LEBON**

did knowingly and intentionally possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance,

all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

I further state that I am a Task Force Officer, Drug Enforcement Administration, and that this Complaint is based on the following facts:

See attached Affidavit in Support of Complaint which is made a part hereof.

Continued on the attached sheet and made a part hereof:     ☒ Yes ☐ No

S/Ron Heeren
_____
Signature of Complainant
Ron Heeren, Task Force Officer
Drug Enforcement Administration

Sworn to before me and subscribed in my presence,

___August 22, 2007___                    at     ___Rock Island, Illinois___
     Date                                             City and State

S/Thomas J. Shields
_____
Thomas J. Shields, U.S. Magistrate Judge
Name & Title of Judicial Officer            Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF COMPLAINT

RON HERON, being first duly sworn upon oath, deposes and states as follows :

1. I am a Sergeant with the Clinton Iowa Police Department and have been so employed since 1988. I am currently assigned as a Task Force Officer with the U.S. Drug Enforcement Administration (DEA), and have been since 2004. I am aware of the information set forth below through personal observations and discussions with other law enforcement officers.

2. On August 22, 2007, a trooper from the Illinois State Police stopped a vehicle driven by Yves Lebon, the sole occupant of the vehicle, for a traffic violation on eastbound Interstate 80 in Henry County, Illinois.

3. The trooper wrote Lebon a written warning for the violation and subsequently asked for and received consent to search the vehicle and its contents. In the trunk of the vehicle, the trooper located camping gear and several duffle bags. The bags contained approximately 119 kilograms of cocaine.

                                            S/Ron Heeren
                                            Ron Heron, Special Agent
                                            Drug Enforcement Administration

Subscribed and sworn to before me this 22nd day of August 2007.

                                            S/Thomas J. Shields
                                            Thomas J. Shields
                                            U.S. Magistrate Judge