E-FILED
Wednesday, 29 August, 2007 02:53:10 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| vs. ) | Crim. No. 4:07-mj-6417 |
| ) | |
| YVES LEBON, ) | |
| ) | |
|    Defendant. ) | |

## MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL

Now come George F. Taseff and the Office of the Federal Public Defender for the Central District of Illinois, and move this Court for the entry of an Order granting them leave to withdraw as the counsel of record for the Defendant, YVES LEBON, in the above-entitled cause on the ground that the Defendant has retained private counsel, Mr. Michael D. Krejci, of Naperville, Illinois, who, on August 29, 2007, filed his written appearance as the Defendant's counsel of record in the above-entitled cause.

                                                      RICHARD H. PARSONS,
                                                      Chief Federal Public Defender

                                                      /s/George F. Taseff
                                                      Attorney for Defendant
                                                      Assistant Federal Public Defender
                                                      401 Main Street, Suite 1500
                                                      Peoria, Illinois 61602
                                                      Phone: 309/671-7891
                                                      FAX:  309/671-7898

CERTIFICATE OF SERVICE

      I hereby certify that on August 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the filing: Ms. Sara L. Darrow, Assistant United States Attorney, 1830 Second Avenue, Suite 320, Rock Island, IL 61201.

      I further certify that on August 29, 2007, I mailed a copy of the foregoing instrument to Mr. Yves LeBon c/o Henry County Jail, 311 W. Center St., Cambridge IL 61238.

      /s/George F. Taseff
      Ill. Bar Number: 6180419
      Attorney for Defendant
      Assistant Federal Public Defender
      401 Main Street, Suite 1500
      Peoria, Illinois 61602
      Phone: 309/671-7891
      FAX:　309/671-7898
      Email: george_taseff@fd.org