E-FILED
Wednesday, 19 September, 2007  03:28:58 PM
Clerk, U.S. District Court, ILCD

FILED
SEP 1 9 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 07-40081 |
| v. ) | |
| ) | |
| YVES LE BON, ) | VIO: Title 8, United States Code, |
| ) | Section 1325(a)(3) and Title 21, |
| Defendant ) | United States Code, Sections |
| ) | 841(a)(1) and 841(b)(1)(A). |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### (POSSESSION WITH INTENT TO DISTRIBUTE COCAINE)

On or about August 22, 2007, in Henry County, in the Central District of Illinois, the defendant,

**YVES LE BON,**

did knowingly and intentionally possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT TWO
## (IMPROPER ENTRY BY ALIEN)

On or about August 17, 2007, in the Northern District of New York, the defendant,

**YVES LE BON,**

an alien, entered the United States of America at or near Champlain, New York, by a willfully false or misleading representation and the willful concealment of a material fact, and was found and apprehended in the Central District of Illinois on or about August 22, 2007, in violation of Title 8, United States Code, Section 1325(a)(3).

**A TRUE BILL**

s/Foreperson

FOREPERSON

s/Asst. US Attorney

RODGER A. HEATON
UNITED STATES ATTORNEY
SLD