E-FILED
Friday, 28 September, 2007  08:59:18 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> Plaintiff | ) <br> ) <br> ) <br> ) CASE NO. **07-40081** <br> ) <br> **Yves LeBon** ) <br> Defendant ) |

### SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **1:00 PM** on **Friday, November 16, 2007** in person in Rock Island.

This matter is set for Jury Trial at 8:30 A.M. on **Monday, November 26, 2007**

at

[  ] Peoria, Illinois

[XX] Rock Island, Illinois

before the Honorable Michael M. Mihm, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 26th day of September, 2007

s/Thomas J. Shields

THOMAS J. SHIELDS
U.S. MAGISTRATE JUDGE

07-40081 LeBon SO 092607.wpd