**E-FILED**
Thursday, 01 November, 2007  05:52:10 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **vs.** | ) | **No.  07-40081** |
| | ) | |
| **YVES LEBON,** | ) | **Honorable Judge Thomas J. Shields** |
| **Defendant** | ) | |

**NOTICE OF MOTION**

**TO:**   Sara L. Darrow, Assistant U.S.A          Clerk of the United State's District Court
United State's Attorneys' Office          ATTN:  Criminal Division
for Central District of Illinois          211 19th Street
1830 2nd Avenue          Rock Island, IL 61201
Rock Island, IL 61201-8003

*cc:  Courtesy Copy to Honorable Judge Thomas J. Shields*

      YOU ARE HEREBY NOTIFIED that on the   **30th day of October, 2007**, at 9:30 AM, or as soon thereafter as Counsel may be heard, we shall appear before the Honorable Judge Thomas J. Shields, and shall then and there present the attached

MOTION TO SUPPRESS EVIDENCE

at which time and place you may appear if you see fit to do so.

                                        /s/Michael D. Krejci
                                        Michael D. Krejci
                                        Michael D. Krejci and Associates, L.L.C.
                                        1770 Park Street, Suite 205
                                        Naperville, Illinois 60563
                                        Tel.    630/388-0600

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that in accordance with Fed. R. Civ. P. 5., LR 5.5 and the General Order on Electronic Case Filing (ECF), this document and the following:

NOTICE OF MOTION  WITH

MOTION TO SUPPRESS EVIDENCE

was served pursuant to the district court's ECF system as to ECF filers on October 30, 2007, to the following:


Sara L. Darrow, Assistant United State Attorney
Sara.darrow@usdoj.gov

Respectfully submitted,


By:     /S/ Michael D. Krejci
        Michael D. Krejci, ARDC.: 6190333
        Attorney for Defendant Yves Lebon
        Michael D. Krejci and Associates, L.L.C.
        1770 Park Street, Suite 205
        Naperville, Illinois 60563  -  Tel.   630/388-0600
        Email:mdkrejci@yahoo.com;info@krejcikaynelaw.com