MAR-27-2008 08:39
P.02
4:07-cr-40081-MMM-JAG    # 15    Page 1 of 2
E-FILED
Thursday, 27 March, 2008  01:13:06 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 07 CR 40081 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| | ) | Honorable Judge Michael M. Mihm |
| YVES LEBON, | ) | |
| Defendant. | ) | |

### RESERVATION OF ISSUE FOR APPEAL

Now come the United States of America by Rodger A. Heaton, United States Attorney, and Sara Darrow, Assistant United States Attorney for the Central District of Illinois, and the defendant, YVES LEBON, by and through his attorney, Michael D. Krejci, and pursuant to Rule 11(a)(2), Fed.R.Crim.P., do hereby enter into the following written reservation:

The defendant agrees to plead guilty to Count One of the Indictment alleging the offense of Possession with Intent to Distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21 U.S.C. 841(a)(1) and (b)(1)(A).

On January 31, 2008, following an evidentiary hearing, United States District Judge Michael M. Mihm denied the defendant's motion to suppress evidence. In pleading guilty to Count One of the Indictment, the defendant specifically reserves his right to appeal the District Court's Order of January 31, 2008, denying the defendant's motion to suppress evidence.

DATED: 3/27/08

s/Assistant U.S. Attorney

_____
Sara Darrow
Assistant United States Attorney

DATED: 3/27/08

s/Defendant

_____
Yves LeBon, Defendant

DATED: 3/27/08

s/Michael Krejci

_____
Michael D. Krejci
Attorney for Yves LeBon

APPROVED

DATED: 3/27/08

s/ Michael M. Mihm

_____
Michael M. Mihm, United States District Judge

2