IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
(ROCK ISLAND)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | |
| vs. | ) | 07 CR 40081 |
| | ) | |
| | ) | Hon. Michael M. Mihm |
| YVES LEBON, | ) | |
| Defendant | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that YVES LEBON, defendant in the above-named captioned case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the conviction and sentence contained in the final judgment entered on July 23, 2008, imposing sentence in this criminal case.

Respectfully submitted,

Date:   July 28, 2008

s/Matthew J. McQuaid
MATTHEW J. MCQUAID
MICHAEL D. KREJCI
Attorney for Defendant
53 W. Jackson Suite 1420
Chicago, IL 60604
(312) 726-9015
E-Mail: mcquaidmat@aol.com
Atty No: 6209489

CERTIFICATE OF SERVICE

      I hereby certify that on July 28, 2008, I electronically filed this Notice of Appeal to the Clerk of the District Court.

                                                  s/Matthew J. McQuaid
                                                  MATTHEW J. MCQUAID
                                                  Attorney for Defendant
                                                  53 W. Jackson Suite 1420
                                                  Chicago, IL 60604
                                                  (312) 726-9015
                                                  E-Mail: mcquaidmat@aol.com
                                                  Atty No: 6209489

4:07-cr-40081-MMM-JAG    # 25    Page 2 of 2