**E-FILED**
Monday, 28 July, 2008  12:35:46 PM
Clerk, U.S. District Court, ILCD

**IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
(ROCK ISLAND)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | |
| vs. | ) | 07 CR 40081 |
| | ) | |
| | ) | Hon. Michael M. Mihm |
| YVES LEBON, | ) | |
| Defendant | ) | |

## DOCKETING STATEMENT

Defendant, YVES LEBON, through his attorney, Matthew J. McQuaid, hereby submits this Docketing Statement in compliance with Seventh Circuit Rule 3(c), and states as follows:

1. This is a direct appeal of a conviction and sentence imposed in a criminal case following a plea before United States District Judge Michael M. Mihm in the Central District of Illinois. The judgment order, in a criminal case sentencing the defendant to 120 months imprisonment in the custody of the Bureau of Prisons, was docketed on July 23, 2008.

2. The District Court's jurisdiction in this case was based on Title 18, United States Code §3231, which confers upon the Federal district Courts exclusive jurisdiction over all criminal offenses against the laws of the United States. The defendant-appellant was charged in an indictment with a single violation of Conspiracy to Possess a Controlled Substance, Title 21 United States Code, §18-2, and one count of Improper Entry by Alien in violation of 8 USC 1325(a)(3)(2), which are federal criminal offenses.

3. Defendant-Appellant, YVES LEBON, filed a notice of appeal on July 28, 2008, within the time allowed under the Federal Rules of Appellate Procedure 4(a)(1) and 4(a)(4). No posttrial motions were filed after the imposition of the sentence.

4. The United States Court of Appeals for the Seventh Circuit has jurisdiction over the appeal of this case pursuant to Title 28, United States Code, §1291, which confers jurisdiction on the Court of Appeals over all final decisions of the District Court and Title

18, United States Code, §3742(a), which permits defendants in a criminal case., on direct appeal, to challenge sentences imposed by the District Court

Respectfully submitted

s/Matthew J. McQuaid
MATTHEW J. MCQUAID
Attorney for Defendant
53 W. Jackson Suite 1420
Chicago, IL 60604
(312) 726-9015
E-Mail: mcquaidmat@aol.com
Atty No: 6209489

C:\Motion to Quash Arrest & Suppress Evidence 1

CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2008, I electronically filed a copy of this Notice

of Appeal to the Clerk of the District Court.


s/Matthew J. McQuaid
MATTHEW J. MCQUAID
Attorney for Defendant
53 W. Jackson Suite 1420
Chicago, IL 60604
(312) 726-9015
E-Mail: mcquaidmat@aol.com
Atty No: 6209489

C:\Motion to Quash Arrest & Suppress Evidence 1