E-FILED
Monday, 28 July, 2008  01:56:01 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

| CENTRAL | DISTRICT OF | ILLINOIS |
|---|---|---|

UNITED STATES OF AMERICA
V.

YVES LEBON

**APPEARANCE**

Case Number: 07CR-40081

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

YVES LEBON

I certify that I am admitted to practice in this court.

| 7/28/2008 | S/MATTHEW J. MCQUAID |
|---|---|
| Date | Signature |

| MATHHEW J. MCQUAID | 6209489 |
|---|---|
| Print Name | Bar Number |

53 West Jackson Suite 1420
Address

| Chicago | IL | 60604 |
|---|---|---|
| City | State | Zip Code |

| (312) 726-9015 | (312) 939-3654 |
|---|---|
| Phone Number | Fax Number |

City                State                Zip Code

| (312) 726-9015 | (312) 939-3654 |
|---|---|
| Phone Number | Fax Number |