# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois          Docket No.: 07-40081

Division: Rock Island

### *Plaintiff (Petitioner)    Short Caption    Defendant (Respondent)*

USA                                                v.    Yves LeBon

-------------------------------------------------------------------------------------------------------------------

**Current Counsel for Plaintiff (Petitioner):**          **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Sara Darrow                                  Name: Matthew McQuaid

Firm: U.S. Attorney's Office                       Firm:

Address: 1830 2nd Ave.                             Address: 53 W. Jackson, Suite 1420

Rock Island, IL  61201                             Chicago, IL  60604

Phone: 309-793-5884                                Phone: 312-726-9015

-------------------------------------------------------------------------------------------------------------------

Judge: Michael M. Mihm                             Nature of Suit Code:

Court Reporter: Karen Hanna                        Date Filed in District Court: 9/19/07

                                                   Date of Judgment: 7/23/08

                                                   Date of Notice of Appeal: 7/28/08

Counsel:   ___Appointed      _X__Retained   ___Pro Se

Fee Status:   _X__Paid      ___Due      ___IFP      ___IFP Pending      ___U.S.      ___Waived

(Please mark only 1 item above)

Has Docketing Statement been filed with the District Court's Clerk's Office:      _X__Yes      ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  15089-026

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**